IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

State of Illinois,

Plaintiff(s),

v.

Makeisha Williams-Thompson,

Defendant(s).

Case No. 24-cv-11054
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to 28 U.S.C. § 1455, this case is remanded to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt.

Date: 10/30/2024                    Thomas G. Bruton, Clerk of Court

                                    Carolyn Hoesly, Deputy Clerk